**FRIEDMAN & JAMES LLP**
Attorneys for Plaintiff
132 Nassau Street
New York, NY 10038
(212) 233-9385
BF-9219

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------X

THOMAS KEEGAN,

　　　　　　　　Plaintiff,

　　　　-against-

THE CITY OF NEW YORK,

　　　　　　　　Defendant.

----------------------------------------------------X

**ECF**

07 CV-2980 (NRB)

**AFFIDAVIT**
**OF PERSONAL SERVICE**

STATE OF NEW YORK　)
　　　　　　　　　　　　: SS.:
COUNTY OF NEW YORK)

　　　　I, KAREN KNIGHT, being duly sworn, depose and say:

　　　　I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 17th day of April, 2007 at 12:03 p.m., I served defendant THE CITY OF NEW YORK, by personally delivering a true copy of the Summons and Complaint in the above-captioned action upon Docket Clerk, Madelyn Santana, a representative of the New York City Law Department duly authorized to accept service, at 100 Church Street, 4th Floor, New York, New York 10007.

The representative acknowledged service by stamping a copy of the documents.

_Karen Knight_
KAREN KNIGHT

Sworn to before me this
17th day of April, 2007

_Lisa Lyons_
Notary Public

LISA LYONS
Notary Public, State of New York
No. 01LY6146987
Qualified in Richmond County
Commission Expires May 30, 20 10

− 2 −

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | OF NEW YORK |

THOMAS KEEGAN,

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

THE CITY OF NEW YORK

# 07 CV 2980
# JUDGE BUCHWALD

TO: (Name and address of defendant)

THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRIEDMAN & JAMES LLP
132 NASSAU STREET, SUITE 900
NEW YORK, NY 10038

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        APR 1 3 2007

CLERK                                                                    DATE

(BY) DEPUTY CLERK