UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THOMAS KEEGAN,

                               Plaintiff,                **NOTICE OF APPEARANCE**

      - against -                                       07 CV 2980 (NRB)

THE CITY OF NEW YORK,

                               Defendant.

------------------------------------------------------------------x

To the Clerk of this Court and all parties of records

    Enter my appearance as counsel (Lead Attorney & Attorney to be Noticed) in this case

for:

THE CITY OF NEW YORK

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 16, 2007

                                                        Yours, etc.,
                                                        MICHAEL A. CARDOZO
                                                       Corporation Counsel
                                                       Attorney for Defendant
                                                       100 Church Street
                                                       New York, New York 10007

                                              By: _____*Cynthia Goldman*_____
                                                      Cynthia Goldman (CG-0478)
                                                      Special Assistant Corporation Counsel
                                                      (212) 442-5855

To:    Friedman & James LLP
        Attorneys for Plaintiff
        132 Nassau Street, Suite 900
        New York, NY 10038

STATE OF NEW YORK, COUNTY OF NEW YORK , SS.:

The undersigned, an attorney admitted to practice in the courts of New York State, shows: that she is employed in the office of the Corporation Counsel of the City of New York, and affirms this statement to be true under the penalties of perjury, pursuant to 28 U.S.C. § 1746:

that on the 16th day of May, 2007 she served the annexed **NOTICE OF APPEARNCE** upon:

Friedman & James LLP
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY

being the addresses within the State theretofore designated by him/her for that purpose, by causing to be deposited a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 100 Church Street in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

Dated: New York, New York
       May 16, 2007

_____
Cynthia Goldman
Special Assistant Corporation Counsel

07 CIV. 2980 (NRB)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS KEEGAN,

                      Plaintiff,

-against-

THE CITY OF NEW YORK,

                      Defendant.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Plaintiff
*100 Church Street*
*New York, New York  10007*

*Of Counsel: Cynthia Goldman*
*Tel: (212) 442-5855*

Due and timely service is hereby admitted.

New York, N.Y.                       Esq.

Attorney for Plaintiff