UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS KEEGAN,

                              Plaintiff,

- against -

THE CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------X

**STIPULATION**

07 CV. 2980 (NRB)

    It is hereby stipulated and agreed between the attorneys for the respective parties that defendant's time to answer plaintiff's complaint is hereby extended until May 31, 2007.

Dated: May 23, 2007

FRIEDMAN & JAMES LLP
Attorneys for Plaintiff

_____
Bernard D. Friedman (BF-9219)
132 Nassau Street, Suite 900
New York, New York 10038
(212) 233-9385

MICHAEL A. CARDOZO
Attorneys for Defendant

_____
Cynthia Goldman (CG-0478)
100 Church Street
Room 4-302
New York, New York 10007
(212) 442-5855

SO ORDERED.

_____
U.S.D.J.
5/24/07