UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

THOMAS KEEGAN,

                          Plaintiff,

        - against -

CITY OF NEW YORK,

                          Defendant.

------------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**O R D E R**

07 Civ. 2980 (NRB)

    It having been reported to this Court that this case has

been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is,

dismissed without costs and without prejudice to restoring the

action to this Court's calendar if the application to restore the

action is made within 90 days.


DATED:    New York, New York
          October 17, 2007


                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE